STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

AMANI S. FLOYD (CABN 301506)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6940
    FAX: (415) 436-7234
    Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN ACOSTA INIGUEZ,<br><br>    Defendant. | CASE NO. 21-MJ-70651-MAG<br><br>STIPULATION TO CONTINUE STATUS HEARING AND TO EXCLUDE AND WAIVE TIME FROM MAY 12, 2022 TO JUNE 2, 2022 AND ORDER |

On May 10, 2022, the parties appeared before the Court for a status conference in the above-captioned matter and set the next status conference in the case for June 1, 2022 at 1:30 p.m. Government counsel, however, has a conflict on June 1, 2022. Therefore, with the permission of the Court, the parties request that the June 1, 2022 status conference be continued to June 2, 2022 at 1:30 p.m., or as soon thereafter as the Court is available.

It is also hereby stipulated by and between counsel for the United States and counsel for the defendant Christian Acosta Iniguez, that time be excluded under the Speedy Trial Act and that time be waived under Federal Rule of Criminal Procedure 5.1 from May 12, 2022 through June 2, 2022. The parties have agreed that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced. For this reason, the parties

1  stipulate and agree that excluding time until June 2, 2022 will allow for the effective preparation of
2  counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice
3  served by excluding the time from May 12, 2022 through June 2, 2022 from computation under the Speedy
4  Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
5  § 3161(h)(7)(A), (B)(iv).

6        The parties further stipulate that there is good cause for extending the time limits for a preliminary
7  hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an
8  indictment under the Speedy Trial Act.

9        The undersigned Assistant United States Attorney certifies that she has obtained approval from
10 counsel for the defendant to file this stipulation and proposed order.

11 **IT IS SO STIPULATED.**

12 DATED:      May 12, 2022                                   /s/
                                                           AMANI S. FLOYD
13                                                         Assistant United States Attorney

14
15 DATED:      May 12, 2022                                   /s/
                                                           PETER LEEMING
                                                           Counsel for Defendant CHRISTIAN
16                                                         ACOSTA INIGUEZ

17

18                                      **ORDER**

19       The parties' request to continue the June 1, 2022 status conference to June 2, 2022 at 1:30 p.m. is
20 GRANTED.

21       Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court
22 finds that failing to exclude the time from May 12, 2022 through June 2, 2022 would unreasonably deny
23 defense counsel and the defendant the reasonable time necessary for effective preparation, taking into
24 account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the
25 ends of justice served by excluding the time from May 12, 2022 to June 2, 2022 from computation under
26 the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
27 Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 12,
28 2022 through June 2, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.

1  § 3161(h)(7)(A), (B)(iv).

2      Additionally, taking into account the public interest in the prompt disposition of criminal cases, there is good cause to extend the time limits under Federal Rule of Criminal Procedure 5.1(c). Accordingly, IT IS HEREBY ORDERED that the time limits for conducting a preliminary hearing are tolled from May 12, 2022 through June 2, 2022.

**IT IS SO ORDERED.**

DATED: May 12, 2022



HON. NATHANAEL M. COUSINS
United States Magistrate Judge